**Carla FREEMAN, Petitioner–Appellant,**

v.

**Alberto R. GONZALES, Attorney General, Respondent–Appellee.**

**No. 04–35797.**

United States Court of Appeals, Ninth Circuit.

May 29, 2007.

Brent W. Renison, Tonkon Torp, LLP, Portland, OR, for Petitioner–Appellant.

Donald E. Keener, Carl H. McIntyre, Jr., Francis W. Fraser, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent–Appellee.

D.C. No. CV–04–00666–PA, District of Oregon, Portland.

Before RAYMOND C. FISHER, RONALD M. GOULD and CARLOS T. BEA, Circuit Judges.

### ORDER

For the reasons stated in the order denying Freeman's petition for a writ of mandamus in case number 06–75539, we

DENY Freeman's motion for an order to show cause why respondent William McNamee should not be sanctioned for contempt, filed on November 22, 2006.